AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Senior) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William F. Kerby and Robert S. Potter Fund |
| 2. Lecturer in Law | Columbia Law School |
| 3. Member, Columbia Board of Visitors | Columbia Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 3. 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |

**Sack, Robert D.**

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Practising Law Institute Book Royalties | $24,331.06 |
| 2. 2010 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2010 | Lecturer in Law, Columbia Law School | $15,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Dewey Ballantine Partnership Distribution |
| 2. 2010 | West Services Inc. |
| 3. 2/16/2010 | Kitamura and Landa v. Trump Parc, No. ▓▓▓▓ (Supreme Court, NY County) Distribution of Class Member Shares of Net Settlement Benefits |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas | 2/4-7/2010 | Austin, TX | Symposium | Travel, Hotel and Meals |
| 2. | Arizona State University | 4/23-27/2010 | Phoenix, AZ | Forum | Travel, Hotel and Meals |
| 3. | The Montpelier Foundation/ James Madison's Montpelier | 6/14-16/2010 | Orange, VA | Seminar | Travel, Hotel and Meals |
| 4. | Federal Bar Foundation | 10/1-3/2010 | Lenox, MA | Bench and Bar Retreat | Travel, Hotel and Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JP Morgan 1086 US Govt MMKT Fund - Premier (formerly Morgan) | A | Dividend | M | T | | | | | |
| 3. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 4. Dewey Ballantine Partnership Capital Account | | None | J | T | | | | | |
| 5. GD&C CitiStreet 401(k) | A | Interest | | | | | | | |
| 6. - SSgA Money Market Fund | | | | | Sold | 10/12/10 | N | | |
| 7. Oppenheimer Advantage Municipal Liquidity Fund | A | Interest | J | T | | | | | |
| 8. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 10. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 11. Oppenheimer NY Municipal Fund Cl A | C | Dividend | L | T | | | | | |
| 12. Oppenheimer NY SFSA 5% Due 3/15/10 | A | Int./Div. | | | Redeemed | 03/15/10 | K | | |
| 13. Opp New York NY City Mun Wtr Fin NY 3.625% Due 6/15/25 | A | Int./Div. | K | T | Buy | 03/25/10 | K | | |
| 14. JPMorgan Chase Traditional IRA Retirement CD | A | Interest | | | Distributed | 10/15/10 | J | | |
| 15. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 16. Guardian Life Insurance Policy | C | Dividend | L | T | | | | | |
| 17. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank Deposit Program | A | Dividend | M | T | | | | | |
| 19. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Interest | K | T | | | | | |
| 20. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Interest | K | T | | | | | |
| 21. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Interest | K | T | | | | | |
| 22. MS NYS Power Auth Rev Ref Ser-C 4% due 11/15/20 | B | Interest | K | T | | | | | |
| 23. MS NYC Genl Oblig Ser-1 4% Due 2/1/22 | C | Interest | L | T | | | | | |
| 24. MS Invesco GLB DIV GW Sec A | A | Dividend | J | T | | | | | |
| 25. MS Invesco Special Value A | A | Dividend | K | T | | | | | |
| 26. MS Special Growth Fund A | A | Dividend | J | T | | | | | |
| 27. MS Focus Growth Fd A | A | Dividend | J | T | | | | | |
| 28. MS Oppen. AMT Free NY Mun | D | Dividend | L | T | | | | | |
| 29. MS Franklin NY Tax FR | B | Dividend | K | T | | | | | |
| 30. MS Goldman Sachs High Yld Muni A | A | Dividend | K | T | | | | | |
| 31. JPMorgan Federal Money Market Fund - Morgan | A | Dividend | K | T | | | | | |
| 32. Fiduciary Holdings (SS) (Y) | | | | | | | | | |
| 33. -Morgan Stanley Bank Deposit Program (Y) | | | | | | | | | |
| 34. -MS MTA NY Transit Zero Coupon Bond due 7/1/13 (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Morgan Stanley Franklin NY Tax Free Inc (Y) | | | | | | | | | |
| 36. -MS Oppen AMT Free NY Mun (Y) | | | | | | | | | |
| 37. Neuberger State Street Mid Cap Growth Investor Class | A | Dividend | J | T | | | | | |
| 38. Ameriprise IRA Portfolio (AH) | G | Int./Div. | P1 | T | | | | | |
| 39. -Ameriprise Insured Money Market | | | | | | | | | |
| 40. -INV VK MUNI INCOME-A INVESCO FUNDS (new name) (X) | | | | | | | | | |
| 41. -BLKRCK EQTY DIVIDEND-A BLACKROCK FUNDS | | | | | Buy | 04/28/10 | K | | |
| 42. -DWS Short DUR Plus - A DWS Funds | | | | | Sold (part) | 05/28/10 | J | B | |
| 43. -Eaton Amt Muni Bd Inc-A Eaton Vance Group | | | | | | | | | |
| 44. -Fid Adv Float Rt H/Inc-A Fidelity Advisor Funds | | | | | | | | | |
| 45. -GAB EQUITY INCOME-A GABELLI FUNDS | | | | | Buy | 07/28/10 | M | | . |
| 46. -Ivy Asset Strategy-A Waddell & Reed Funds | | | | | | | | | |
| 47. -MFS Muni Ltd Maturity-A MFS Family of Funds | | | | | | | | | |
| 48. -Opp Intl Bond-A Oppenheimer Funds | | | | | | | | | |
| 49. -Opp Gold & SP Minerals-A Oppenheimer Funds | | | | | | | | | |
| 50. -Opp Ltd Interm Muni-A Oppenheimer Funds | | | | | | | | | |
| 51. -Opp Developming Mkts-A Oppenheimer Funds | | | | | Sold (part) | 04/23/10 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/28/10 | J | D | |
| 53. -Pimco Total Return-D Allianz Global Investors | | | | | Sold | 07/27/10 | M | D | |
| 54. -Perm Portfolio Permanent Family of Funds | | | | | | | | | |
| 55. -Opp Ltd Term NY Muni-A Oppenheimer Funds | | | | | | | | | |
| 56. -Amer T/E Bond of Amer-A American Funds Group | | | | | | | | | |
| 57. -VK Muni Income-A Van Kampen Funds (name change) (Y) | | | | | | | | | |
| 58. -Van Eck GL Hard Assets-A Van Eck Global Funds | | | | | | | | | |
| 59. -Blackrock Muniholdings New York Insured Fund Inc | | | | | | | | | |
| 60. -Nuveen New York Invt Quality Municipal Fund Inc | | | | | | | | | |
| 61. -Drey Shrt Int Muni Bd-D Dreyfus Group | | | | | Sold | 07/27/10 | L | B | |
| 62. -BLKRCK EQTY DIVIDEND-A BLACKROCK FUNDS | | | | | Buy | 07/28/10 | L | | |
| 63. -Eaton Amt Muni Bd Inc-A Eaton Vance Group | | | | | | | | | |
| 64. -Fid Adv Float Rt H/Inc-A Fidelity Advisor Funds | | | | | | | | | |
| 65. -Gld High Yield Muni-A Goldman Sacks Asset Mgmt | | | | | | | | | |
| 66. -MFS Muni Ltd -Maturity-A MFS Family of Funds | | | | | | | | | |
| 67. -Opp Amt Free NY Muni-A Oppenheimer Funds | | | | | | | | | |
| 68. -Pioneer Amt-Free Muni-A Pioneer Funds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Amer T/E Bond of Amer-A American Funds Group | | | | | | | | | |
| 70. -Virtus Tax Exempt Bond-A Virtus Funds | | | | | | | | | |
| 71. - Fred Alger Large Cap Growth IRA | | | | | | | | | |
| 72. - Franklin Intermediate Fixed Income IRA | | | | | | | | | |
| 73. - Spectrum Hybrid Preferred IRA | | | | | | | | | |
| 74. - Renaissance International Equity IRA | | | | | | | | | |
| 75. - Alliancebernstein Large Cap Core IRA | | | | | | | | | |
| 76. - Munder Mid Cap Core IRA | | | | | | | | | |
| 77. - RiverSource Retirement Advisor 4 Advantage VA-Annuity | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

Line 32-36, Fiduciary Holdings, are no longer reportable. As of November 2010, a new trustee has been appointed. These lines will be deleted from future reports.

Regarding line 40 and 57: VK MUNI INCOME-A VAN KAMPEN FUNDS (Line 58 on the 2009 Report) experienced a name change on 6/1/10 and is now INV VK MUNI INCOME-A INVESCO FUNDS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544